## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| AMBER ROGERS, | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-194 |
| | § | |
| RUSK COUNTY SHERIFF GLEN | § | |
| DEASON, in his official capacity, ET AL. | § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636.  The report of the Magistrate

Judge, which contains his proposed findings of fact and recommendations for the disposition of the

defendants' motion (#7) to dismiss, has been presented for consideration.  No objections were filed

to the Report and Recommendation.  The court is of the opinion that the findings and conclusions

of the Magistrate Judge are correct.  Therefore, the court hereby adopts the report of the United

States Magistrate Judge as the findings and conclusions of this court.  Accordingly, the court denies

the defendants' motion (#7) to dismiss as moot.

**SIGNED this 24th day of March, 2008.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE